UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

ANTONIO BRYANT,

              Plaintiff,

    vs.

GEIGER CORRECTIONS CENTER
and LEON LONG,

           Defendants.

NO.  CV-05-421-MWL

ORDER ADOPTING REPORT AND
RECOMMENDATION AND DISMISS ACTION
FOR FAILURE TO COMPLY WITH FILING
FEE REQUIREMENTS

Magistrate Judge Leavitt filed a Report and Recommendation on March 3, 2006, recommending Mr. Bryant's civil action be dismissed for failure to comply with the filing fee requirements of 28 U.S.C. § 1915(a).  There being no objections, the court **ADOPTS** the Report and Recommendation.   The action is **DISMISSED WITHOUT PREJUDICE.**

    **IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, forward a copy to Petitioner and close the file.

    **DATED** this ____28th____ day of March 2006.


                s/ Fred Van Sickle
                FRED VAN SICKLE
           UNITED STATES DISTRICT JUDGE

ORDER -- 1